# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00247-CV

**In re Samson Lone Star, LLC**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Samson Lone Star, LLC filed a motion to withdraw its petition for writ of mandamus. The motion to withdraw is hereby granted and this original proceeding is dismissed.

_____

Diane M. Henson, Justice

Before Justices Patterson, Puryear and Henson

Filed: June 10, 2010